UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DAVID C. LETTIERI,

                    Plaintiff,

                                               3:24-CV-0102
v.                                         (GTS/ML)

DAVID GASKA, in their Individual and Official Capacity;
KAREN MASTON, in their Individual and Official Capacity;
BROOME COUNTY HUMANE SOCIETY, in their Official
Capacity; DEPARTMENT OF JUSTICE, in their Official
Capacity; DIANE WITHERS; BROOME COUNTY
SHERIFF'S; BENJAMIN HARTING; LEON BROWN;
BROOME COUNTY SHERIFF DOES #1-5; PAUL E.
BONANNO; MEAGAN A. TOKAISH; FEDERAL
BUREAU OF INVESTIGATION; RANDALL E. GARVER;
MICHAEL HOCKWATER; ERIC SCHIDMET; JENALLE
BRIEGUEAL; FBI AGENT #1-6; NEW YORK STATE
TROOPERS; NEW YORK STATE TROOPER DOE #1;
TOWN OF COLESVILLE; PAUL POWELL; JOEL L.
DANIELS; WYOMING COUNTY SHERIFFS; and
BRADLEY McGUNNIS,

                    Defendants.

_____

APPEARANCES:

DAVID C. LETTIERI, 16091-509
  Plaintiff, *Pro Se*
Devens Federal Medical Center
Inmate Mail / Parcels
P.O. Box 879
Ayer, Massachusetts 01432

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

Currently before the Court, in this *pro se* civil rights action filed by David C. Lettieri

("Plaintiff") against the above-captioned individuals and entities ("Defendants"), are the following: (1) United States Magistrate Judge Miroslav J. Lovric's Report-Recommendation recommending that (a) Plaintiff's claims against Defendants Department of Justice, Federal Bureau of Investigation, New York State Troopers, and Powell be dismissed without prejudice because of lack of subject-matter jurisdiction and without leave to amend in this action, (b) Plaintiff's claims against the remaining Defendants be dismissed without prejudice and with leave to amend, and (c) the Court decline to exercise jurisdiction over Plaintiff's state law claims; and (2) Plaintiff's Objections and Supplemental Objections to the Report-Recommendation. (Dkt. Nos. 57, 58.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Lovric's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise: Magistrate Judge Lovric employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. (*See generally* Dkt. No. 56.) As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 56) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's claims against Defendants Department of Justice, Federal Bureau of Investigation, New York State Troopers, and Powell are **DISMISSED without prejudice** for lack of subject-matter jurisdiction and **without leave to amend** in this action; and it is further

2

**ORDERED** that Plaintiff's remaining claims (i.e., his claims against Defendants Gaska, Withers, Maston, Broome County Humane Society, Broome County Sheriffs, Harting, Brown, Broome County Sheriff Does #1 - #5, Bonanno, Tokaish, Garver, Hockwater, Schidmet, Briegueal, FBI Agents #1 - #6, New York State Trooper Doe #1, Town of Colesville, Daniels, Wyoming County Sheriffs, and McGunnis) **shall be <u>DISMISSED</u> with prejudice**, and without further Order of the Court, **UNLESS**, **within THIRTY (30) DAYS** of the entry of this Decision and Order, Plaintiff files a **THIRD AMENDED COMPLAINT** that cures the pleading defects identified by Magistrate Judge Lovric in those claims; and it is further

**ORDERED** that, should Plaintiff file a timely Third Amended Complaint, it shall be referred to Magistrate Judge Lovric for review; and it is further

**ORDERED** that, when reviewing any Third Amended Complaint filed by Plaintiff, Magistrate Judge Lovric shall also consider whether venue is proper regarding Plaintiff's claims against the Wyoming County Defendants; and it is further

**ORDERED** that, should the Court ultimately find that all of Plaintiff's federal claims should be dismissed, the Court shall decline to exercise jurisdiction over his state law claims.

Dated:  August 19, 2025
     Syracuse, New York

Glenn T. Suddaby
U.S. District Judge